MITCHELL REISMAN  
20 SOUTH 2ND STREET  
SURF CITY, NEW JERSEY 08008

TELEPHONE: 609-342-7106  
EMAIL: MITCHGYLLTON1@GMAIL.COM

Oct 22, 2016

Anna Greenidge  
USA Court Of Appeals  
40 Foley Square  
NYC, NY 10007

**Dear Anna Greenidge,**

**Please note:** I AM STAYING FOR THE NEXT few months UNTIL A PERMANENT PLACE IS DETERMINED AT :

20 South 02nd Street  
Surf City , New Jersey 08008  
First Floor

PLEASE BE KIND & CONFIRM THIS  
The best way to reach me is to email me & of course my phone is always with me

Respectfully,  
*Mitchell Reisman*    10/31/2016  
**Mitchell Reisman**    cell: 609-342-7106 U.S.A.//  
**Email: Mitchgyllton1@gmail.com**

## CASE NUMBER 14-3377

2016 NOV -2 PM 2:44  
CLERK'S OFFICE  
U.S. COURT OF APPEALS  
RECEIVED

M. Reisman
20 N. 02nd St.
Surf City N.J.
08008

SOUTH JERSEY NJ 080
31 OCT 2016 PM 7 L

USM 40LD
SDNY

Anna Greenidge
USA Court of Appeals
40 Foley Square
N.Y.C., N.Y. 10007

10007-150301